# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RONALD RAY BRESHEARS,**
**ADC #132771**                                                                                              **PLAINTIFF**

v.                        Case No.: 4:22CV00060-LPR-JTK

**RODNEY WRIGHT, et al.**                                                                              **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney. The Court has also received timely objections from the Plaintiff. After a careful and *de novo* review of the PFRD, the objections, and the entire record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Defendants' Motion for Partial Summary Judgment on the issue of exhaustion (Doc. Nos. 20, 24, 30) is GRANTED.

2. Plaintiff's following claims are dismissed without prejudice for failure to exhaust administrative remedies: (a) the deliberate indifference to serious medical needs claims against Defendants Griffin and Gilliam as set out in Plaintiff's January 13, 2021 grievance; (b) the claims that Plaintiff was sweating and not feeling well upon arrival at Saline County, that he was from an area where everyone around him was sick with Covid-19, and that Saline County did not take his temperature or give him a Covid-19 test upon arrival; (c) the claims that the staff serve milk, water, and tea in an unsanitary manner; (d) the claims that Plaintiff was without hot water for two days; (e) the claims that food is served on trays washed without hot water; and (f) the claims that Plaintiff

suffers from mental illness, drug addiction problems, and other health conditions that Saline County refused to treat.

3. The Magistrate Judge is directed to explain to the parties, in a subsequent order, which specific claims are still live.

Dated this 6th day of June 2022.

                                                _____
                                                LEE P. RUDOFSKY
                                                UNITED STATES DISTRICT JUDGE