IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RONALD RAY BRESHEARS,
ADC #132771                                                                                    PLAINTIFF

v.                                        4:22CV00060-LPR-JTK

RODNEY WRIGHT, et al.                                                              DEFENDANTS

## ORDER

Ronald Ray Breshears ("Plaintiff") has filed a Motion for Clarification. (Doc. No. 36). The Motion is granted in part and denied in part. Plaintiff's request that the Court clarify which claims move forward in this case (Doc. No. 36) is GRANTED. To the extent Plaintiff's Motion included objections to the Court's May 13, 2022 Recommendation, United States District Judge Lee P. Rudofsky has approved the Recommendation; Plaintiff's objections are moot. (Doc. Nos. 34, 37). To the extent Plaintiff sought other relief, Plaintiff's Motion (Doc. No. 36) is DENIED.

On June 6, 2022, Judge Rudofsky adopted the Court's May 13, 2022 Recommendation in its entirety and dismissed the following claims: a) the deliberate indifference to serious medical needs claims against Defendants Griffin and Gilliam as set out in Plaintiff's January 13, 2021 grievance; (b) the claims that Plaintiff was sweating and not feeling well upon arrival at Saline County, that he was from an area where everyone around him was sick with Covid-19, and that Saline County did not take his temperature or give him a Covid-19 test upon arrival; (c) the claims that the staff serve milk, water, and tea in an unsanitary manner; (d) the claims that Plaintiff was without hot water for two days; (e) the claims that food is served on trays washed without hot water; and (f) the claims that Plaintiff suffers from mental illness, drug addiction problems, and other health conditions that Saline County refused to treat. (Doc. No. 37).

Judge Rudofsky also directed me to explain to the parties which specific claims are still live. (Id. at 2). The claims that are still live—in other words, the claims that may proceed after Defendants' Motion are:

- Plaintiff's deliberate indifference to serious medical needs claims against Defendants Wright and Parker (January 13, 2021 grievance)—that Plaintiff had illness that made him susceptible to Covid-19, but Defendants Wright and Parker were deliberately indifferent to the risk to Plaintiff.

- Plaintiff's deliberate indifference to serious medical needs claims against all Defendants regarding Covid-19 and the new strain (November 2, 2021 and December 31, 2021 grievances) )—that Plaintiff had illness that made him susceptible to Covid-19, but all Defendants were deliberately indifferent to the risk to Plaintiff.

- Plaintiff's conditions of confinement claim regarding lack of face masks for staff and inmates, officers not wearing masks and gloves while serving food, lack of quarantine procedures, insufficient CDC guideline compliance, and unsanitary living conditions against all Defendants (December 1, 2021 and two December 31, 2021 grievances).

IT IS SO ORDERED this 7th day of June, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE