IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RONALD RAY BRESHEARS,
ADC #132771                                                                                               PLAINTIFF

v.                                      4:22CV00060-LPR-JTK

RODNEY WRIGHT, et al.                                                                     DEFENDANTS

## ORDER

Ronald Ray Breshears' ("Plaintiff") Motion for Clarity on Discovery (Doc. No. 45) is GRANTED to the extent set out below and otherwise DENIED.

1.    The Court refers Plaintiff to the Initial Order for Pro Se Prisoner-Plaintiffs. (Doc. No. 3). That Order provides, in part:

> Fifth: Do Not File Your Discovery Requests. Discovery requests, such as interrogatories and requests for documents, are not to be filed with the Court. Instead, **discovery requests should be sent to counsel for the defendant** (or directly to the defendant if he or she is not represented by a lawyer). See FED. R. CIV. P. 5(d).  Do not mail discovery requests to Defendants' counsel (or a pro se Defendant) until that Defendant has filed an answer or motion to dismiss.

(Id. at 2) (emphasis added).  **Similarly, responses to discovery should be sent directly to counsel for the Defendants**.

2.    Plaintiff does not need to notify or keep in contact with the court every 30 days during the discovery process.  As set out in the Initial Order for Pro Se Prisoner-Plaintiffs, Local Rule 5.5(c)(2) explains requirements for plaintiffs, like you, who are not represented by a lawyer:

> A.    You must promptly notify the Clerk and the other parties in the case of any change in address. You must inform the Court if you are transferred from one unit to another. Notifying the Court of your change in address is especially important if you are released from custody while your lawsuit is pending. If you do not keep the Court informed as to your current address, your lawsuit can be dismissed.

    B.    You must monitor the progress of your case and prosecute the case diligently.

    C.    You must sign all pleadings and other papers filed with the Court, and each paper you file must include your current address.

    D.    If you fail to timely respond to a Court Order directing action on your part, the case may be dismissed, without prejudice

3.    The Clerk of the Court is directed to send Plaintiff a copy of docket entry number 3, along with a copy of this Order.

IT IS SO ORDERED this 24th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE