# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RONALD RAY BRESHEARS**                                                       **PLAINTIFF**

v.                                    **No. 4:22-CV-00060-LPR**

**RODNEY WRIGHT, et al.**                                              **DEFENDANTS**

## **ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 65) is GRANTED. Plaintiff's related official-capacity claims against all Defendants are DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of March 2024.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 84.

[2] One minor caveat: The references to a January 13, 2021 grievance in the RD should be references to a January 13, 2022 grievance. Plaintiff did not arrive at the Saline County Detention Center until October of 2021. *See* Doc. 2 at 4.