# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RONALD RAY BRESHEARS**                                                                                                    **PLAINTIFF**

**v.**                                              **No. 4:22-CV-00060-LPR**

**RODNEY WRIGHT, et al.**                                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered for Defendants on: (1) Plaintiff's individual-capacity deliberate indifference claims against Defendants Wright and Parker as set out in Plaintiff's January 13, 2022 grievance; (2) Plaintiff's individual-capacity deliberate indifference claims against all Defendants regarding Covid-19 and the new strain as set out in Plaintiff's November 2, 2021 and December 31, 2021 grievances; and (3) Plaintiff's individual-capacity conditions of confinement claims against all Defendants as set out in Plaintiff's December 1, 2021 and December 31, 2021 grievances.  Plaintiff's related official-capacity claims against all Defendants are DISMISSED with prejudice.  All remaining claims are DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 25th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE